■ In the Matter of RICHARD MCALLAN et al., Respondents-Appellants, v CITY OF NEW YORK et al., Appellants-Respondents. — Order, Supreme Court, New York County (Allen Myers, J.), entered on November 3, 1983, unanimously affirmed for the reasons stated by Allen Myers, J., without costs and without disbursements. Concur — Sullivan, J. P., Asch, Bloom, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD PETTY, Appellant. — Judgment, Supreme Court, New York County (Shirley Levittan, J., at plea and sentence; Jeffrey Atlas, J., at hearing on defendant's motion to controvert the search warrant), rendered on December 6, 1983, unanimously affirmed. This case is remitted to the Supreme Court, New York County, for further proceedings, pursuant to CPL 460.50 (5). No opinion. Concur — Sullivan, J. P., Asch, Bloom, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KOSTINOS TEZEREZAS, Appellant. — Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J., at sentence; Peggy Bernheim, J., at suppression hearing), rendered on April 11, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Sullivan, J. P., Asch, Bloom, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERA, Appellant. — Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on September 20, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Asch, Bloom, Fein and Milonas, JJ.